| | |
|---|---|
| CODY FLAHERTY, individually and on behalf of all others similarly situated, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KANAWAY SEAFOODS, INC. d/b/a Alaska General Seafoods,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-00155-SLG |

### ORDER RE JOINT MOTION FOR LEAVE TO AMEND COMPLAINT & TO EXTEND PHASE I MOTION FILING DEADLINES

　　Before the Court at Docket 40 is Plaintiffs' *Joint Motion for Leave to Amend Complaint and to Extend Phase I Motion Filing Deadlines*. Upon due consideration, the motion is hereby GRANTED. The Court finds that there is good cause Pursuant to Fed. R. Civ. P 15 to allow Plaintiffs to amend their Complaint. Furthermore, the Court finds good cause for extending the parties' Phase I Motions deadline.

　　Therefore, the Court orders Plaintiffs to file a clean version of their Exhibit 1 Second Amended Complaint within seven days from this Order (Docket 40-2). The Court further orders that the new deadline to file Phase I motions is now April 18, 2023.

　　DATED this 16th day of March, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE